IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GERMAN ORELLANA RIVAS,

        Petitioner,

    v.

LEONARD J. ODDO, *et al.*

        Respondents.

3:26-CV-00246-CCW

## **CASE MANAGEMENT ORDER**

The Court orders as follows:

1.     **Service**. Petitioner's counsel shall serve Respondents with a copy of this order and the Petition via a single e-mail at: usapaw.civ.imm.2241.moshannon@usdoj.gov. The subject line of the email shall contain the case caption and case number of this case. If the Petition contains voluminous exhibits, they need not be emailed.[1] The email service shall be deemed sufficient to accomplish formal service of the Petition. <u>No other documents, pleadings, or motions may be emailed to this email address.</u>

2.     **Certificate of compliance of service.** Upon completion of service via e-mail as reflected in Paragraph 1, Petitioner's counsel shall file a notice of compliance, certifying the date and time of service.

3.     **Respondents' counsel notice of appearances**. Counsel for Respondents shall file a notice of appearance within **3 days** of the filing of Petitioner's Certificate of Compliance of Service.

4.     **Respondents' responses to the petition.** Respondents shall file any responses or answers to the petition within **30 days** of the date of service.

---

[1] Petitioner's counsel shall provide all such exhibits upon request of Respondents' counsel.

- 2 -

DATED this 19th day of February, 2026.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge